# EXHIBIT  A

Filed
D.C. Superior Court
05/03/2021 21:56PM
Clerk of the Court

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

<table>
<tr>
<td>

**ALICE FRAGOLA**
531 5th Terrace
Palm Beach Gardens, FL 33418,

       Plaintiff,

   v.

**KENIFIC GROUP, INC.**
3975 Fair Ridge Drive
Fairfax, VA 22033,

       Defendant.

</td>
<td>

CASE NO.: _____

**COMPLAINT AND JURY DEMAND**

</td>
</tr>
</table>

Plaintiff Alice Fragola hereby sets forth her complaint against Defendant Kenific Group, Inc., to recover damages for gender and age discrimination and retaliation.

## I.  PARTIES

1.  Plaintiff Alice Fragola is a Hispanic woman aged sixty-eight (68), and at all relevant times hereto she worked for Defendant on a government contract Defendant secured from the federal government in the District of Columbia.

2.  Defendant Kenific Group, Inc., is a privately owned company that provides development, information technology engineering, and management consulting services to commercial and government clients.  At all relevant times, Defendant provided services to its government client the United States Coast Guard in the District of Columbia.

3.  Defendant is an "employer" subject to statutes governing employment in the District of Columbia, including the D.C. Human Rights Act ("DCHRA"), D.C. Code § 2-1401.1 *et seq.*

## II.  JURISDICTION AND VENUE

4.  The acts complained of herein occurred principally in the District of Columbia.

1

5.     At all times material to this action, Defendant conducted business in the District of Columbia.

6.     This action has been filed within the applicable statutory time periods.

7.     Jurisdiction and venue are proper.

### III.     FACTS

8.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

9.     Plaintiff began her employment with Defendant in or about October 2019 as a Senior Consultant to support the United States Coast Guard's Boat Acquisition Program (the "Boat Program") on the CG-9325 Contract, a large government contract that employs multiple contracting companies, including Defendant.

10.     As Plaintiff was Defendant's employee supporting the Boat Program, the government assigned Plaintiff her functional work, and Plaintiff worked under the supervision of Defendant's employees.

11.     Throughout the course of her employment with Defendant, Plaintiff was subjected to discriminatory comments and treatment from government employees, Defendant employees, and third-party contractor employees on account of her gender and age.  Plaintiff repeatedly complained to Defendant about the hostile work environment she endured on account of her gender and age.

12.     For example, in or about November 2019, the Boat Program's Assistant Program Director, Myung Park, a government employee, discouraged Plaintiff from attending meetings with a contract vendor because she "would be the only woman there."  Plaintiff ultimately attended the meetings, but she was treated disparately from her male peers and discouraged from

speaking at the meetings.  Plaintiff complained to Defendant that she was not being taken seriously by the client.

13.     In or about January 2020, Plaintiff participated in a meeting with Mr. Park and Toby Burke, an employee of another contractor on the CG-9325 Contract, to discuss a presentation. During that meeting, Plaintiff handed a presentation deck to Mr. Park in an effort to further explain a process relevant to the discussion, and Mr. Park threw the presentation at Plaintiff, striking her on the chest ("Presentation Incident").  Plaintiff reported the incident to the government and to Defendant.

14.     Later in or about January 2020, Defendant advised Plaintiff to speak to Mr. Park regarding the Presentation Incident, which, according to Defendant, could affect her continued employment with Defendant.  When Plaintiff approached Mr. Park regarding the Presentation Incident, Mr. Park commented that his mother was Plaintiff's age and that she was at home. Plaintiff then shared this comment with one of her cubicle mates, Darren Liu, an employee of another contractor on the CG-9325 Contract, after which Mr. Liu asked Plaintiff how old she was.He then stated, "You're too old to be working, you should retire."  Plaintiff reported these comments to Defendant.

15.     In or about August 2020, Plaintiff was tasked with onboarding Defendant's new hire, Teoman Kahraman, who was joining Plaintiff's team on the Boat Program and would be supervised by Plaintiff.  During the onboarding process, a government employee advised Plaintiff that in onboarding Mr. Kahraman, she missed a required document and told Plaintiff, "Maybe you should retire [because] you can't remember anything."  Plaintiff reported this comment to Defendant.

16.     After Mr. Kahraman joined Plaintiff's team, Mr. Kahraman frequently berated Plaintiff or otherwise exhibited hostility toward Plaintiff when Plaintiff tried to give him direction and/or feedback during one-one-one conference call meetings.  Plaintiff complained to Defendant about Mr. Kahraman's ongoing hostility during the calls.

17.     During the course of her employment, Plaintiff learned that Mr. Kahraman received a relocation package, a salary that was higher than hers, and a company-issued cell phone. Plaintiff complained to Defendant that she did not receive similar compensation and perks.

18.     On or about October 30, 2020, Defendant placed Plaintiff on administrative leave.

19.     On November 3, 2020, Defendant terminated Plaintiff.

20.     Plaintiff was subjected to a hostile work environment on account of her gender and age.

21.     Defendant terminated Plaintiff because she complained about the treatment she endured on account of her gender and age.

## IV.     CAUSES OF ACTION

### COUNT I – GENDER DISCRIMINATION IN VIOLATION OF THE DISTRICT OF COLUMBIA HUMAN RIGHTS ACT, D.C. CODE § 2-1401.1 *et seq.*

22.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

23.     The DCHRA prohibits discrimination on the basis of sex with respect to an employee's compensation, terms, conditions, and privileges of employment.  D.C. Code § 2-1402.11(a)(1).

24.     The above facts state claims against Defendant for sex discrimination in violation of the DCHRA, D.C. Code § 2-1401.1 *et seq.*

25.     As a result of Defendant's wrongful conduct, Plaintiff suffered damages for past and future wage and benefits loss, emotional distress, civil penalties, and attorneys' fees and costs, in amounts to be proven at trial.

## COUNT II – AGE DISCRIMINATION IN VIOLATION OF THE
## DISTRICT OF COLUMBIA HUMAN RIGHTS ACT,
## D.C. CODE § 2-1401.1 *et seq.*

26.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

27.     The DCHRA prohibits discrimination on the basis of age with respect to an employee's compensation, terms, conditions, and privileges of employment.  D.C. Code § 2-1402.11(a)(1).

28.     The above facts state claims against Defendant for age discrimination in violation of the DCHRA, D.C. Code § 2-1401.1 *et seq.*

29.     As a result of Defendant's wrongful conduct, Plaintiff suffered damages for past and future wage and benefits loss, emotional distress, civil penalties, and attorneys' fees and costs, in amounts to be proven at trial.

## COUNT III – RETALIATION IN VIOLATION OF THE
## DISTRICT OF COLUMBIA HUMAN RIGHTS ACT,
## D.C. CODE § 2-1401.1 *et seq.*

30.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

31.     The DCHRA prohibits an employer from retaliating against an employee for engaging in a protected activity.

32.     The above facts state claims against Defendant for retaliation in violation of the DCHRA, D.C. Code § 2-1401.1 *et seq.*

33.     As a result of Defendant's unlawful conduct, Plaintiff suffered damages, including damages for past and future wage and benefits loss, emotional distress, civil penalties, and attorneys' fees and costs, in amounts to be proven at trial.

## COUNT IV – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

34.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

35.    Defendant's actions negligently inflicted severe emotional distress upon Plaintiff, for which she is entitled to compensatory damages.

## V.    JURY DEMAND

Plaintiff hereby demands a trial by jury.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

A.    Damages for lost wages, including back pay and front pay, and for lost benefits;

B.    Damages for emotional distress;

C.    Damages for all wages wrongfully withheld;

D.    Statutory penalties;

E.    Punitive damages;

F.    Prejudgment interest in an amount to be determined at trial;

G.    Compensation for any tax penalty associated with a recovery;

H.    Reasonable attorneys' fees and costs; and

I.    Whatever further and additional relief the court shall deem just and equitable.

Respectfully submitted this 3rd day of May 2021.

HKM EMPLOYMENT ATTORNEYS LLP

By:    *s/ Tiffany Joseph Goodson*
Tiffany Joseph Goodson, DC Bar # 481878
1325 G Street NW, Suite 558
Washington, DC 20005
Phone: (202) 919-5952
Fax (Same as Phone): (202) 919-5952
E-mail: tjosephgoodson@hkm.com

*Counsel for Plaintiff*

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Alice Fragola
_____

vs

Kenific Group, Inc.
_____

Case Number: _____

Date: May 3, 2021
_____

☐ One of the defendants is being sued
  in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Tiffany Joseph Goodson | Relationship to Lawsuit |
| Firm Name: HKM Employment Attorneys LLP | ☒ Attorney for Plaintiff |
| Telephone No.: (202) 919-5952    Six digit Unified Bar No.: 481878 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $ To Be Determined at Trial     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

### A. CONTRACTS       COLLECTION CASES

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 6 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 7 Personal Property |    Over $25,000 Pltf. Grants Consent |    Over $25,000 Consent Denied |
| ☒ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |    Under $25,000 Pltf. Grants Consent |    Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| |    Award (Collection Cases Only) | |

### B. PROPERTY TORTS

| | | |
|---|---|---|
| ☐ 1 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 2 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

### C. PERSONAL TORTS

| | | |
|---|---|---|
| ☐ 1 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, |
| ☐ 2 Alienation of Affection | ☐ 11 Libel and Slander |    Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 19 Wrongful Eviction |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 20 Friendly Suit |
| ☐ 6 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 21 Asbestos |
| ☐ 7 False Arrest | ☐ 16 Negligence- (Not Automobile, | ☐ 22 Toxic/Mass Torts |
| ☐ 8 Fraud |    Not Malpractice) | ☐ 23 Tobacco |
| | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE      IF USED

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 9  Special Writ/Warrants
    (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

May 3, 2021
_____
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Alice Fragola
_____
                                                        Plaintiff

                    vs.                                                         Case Number  _____

Kenific Group, Inc.
_____
                                                        Defendant

## SUMMONS

To the above named Defendant:

      You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

      You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Tiffany Joseph Goodson
_____                            _Clerk of the Court_
Name of Plaintiff's Attorney

1325 G Street, NW Suite 558
_____          By  _____
Address                                                                                      Deputy Clerk
Washington, DC 20005
_____

(202) 919-5952
_____          Date  _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요          የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____           *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____           Por: _____
Dirección                                                                          Subsecretario

_____

_____           Fecha _____
Teléfono
如需翻译，请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 연락하십시오.          የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                          Super. Ct. Civ. R. 4

Filed
D.C. Superior Court
05/09/2021 09:55PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

**ALICE FRAGOLA**
531 5th Terrace
Palm Beach Gardens, FL 33418,

      Plaintiff,

   v.

**KENIFIC GROUP, INC.**
3975 Fair Ridge Drive
Fairfax, VA 22033,

      Defendant.

CASE NO.: **2021 CA 001430 B**

**COMPLAINT AND JURY DEMAND**

Plaintiff Alice Fragola hereby sets forth her complaint against Defendant Kenific Group, Inc., to recover damages for gender and age discrimination and retaliation.

### I.       PARTIES

1.      Plaintiff Alice Fragola is a Hispanic woman aged sixty-eight (68), and at all relevant times hereto she worked for Defendant on a government contract Defendant secured from the federal government in the District of Columbia.

2.       Defendant Kenific Group, Inc., is a privately owned company that provides development, information technology engineering, and management consulting services to commercial and government clients.  At all relevant times, Defendant provided services to its government client the United States Coast Guard in the District of Columbia.

3.      Defendant is an "employer" subject to statutes governing employment in the District of Columbia, including the D.C. Human Rights Act ("DCHRA"), D.C. Code § 2-1401.1 *et seq.*

### II.       JURISDICTION AND VENUE

4.      The acts complained of herein occurred principally in the District of Columbia.

1

5.     At all times material to this action, Defendant conducted business in the District of Columbia.

6.     This action has been filed within the applicable statutory time periods.

7.     Jurisdiction and venue are proper.

### III.    FACTS

8.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

9.     Plaintiff began her employment with Defendant in or about October 2019 as a Senior Consultant to support the United States Coast Guard's Boat Acquisition Program (the "Boat Program") on the CG-9325 Contract, a large government contract that employs multiple contracting companies, including Defendant.

10.     As Plaintiff was Defendant's employee supporting the Boat Program, the government assigned Plaintiff her functional work, and Plaintiff worked under the supervision of Defendant's employees.

11.     Throughout the course of her employment with Defendant, Plaintiff was subjected to discriminatory comments and treatment from government employees, Defendant employees, and third-party contractor employees on account of her gender and age.  Plaintiff repeatedly complained to Defendant about the hostile work environment she endured on account of her gender and age.

12.     For example, in or about November 2019, the Boat Program's Assistant Program Director, Myung Park, a government employee, discouraged Plaintiff from attending meetings with a contract vendor because she "would be the only woman there."  Plaintiff ultimately attended the meetings, but she was treated disparately from her male peers and discouraged from

speaking at the meetings.  Plaintiff complained to Defendant that she was not being taken seriously by the client.

13.      In or about January 2020, Plaintiff participated in a meeting with Mr. Park and Toby Burke, an employee of another contractor on the CG-9325 Contract, to discuss a presentation. During that meeting, Plaintiff handed a presentation deck to Mr. Park in an effort to further explain a process relevant to the discussion, and Mr. Park threw the presentation at Plaintiff, striking her on the chest ("Presentation Incident").  Plaintiff reported the incident to the government and to Defendant.

14.      Later in or about January 2020, Defendant advised Plaintiff to speak to Mr. Park regarding the Presentation Incident, which, according to Defendant, could affect her continued employment with Defendant.  When Plaintiff approached Mr. Park regarding the Presentation Incident, Mr. Park commented that his mother was Plaintiff's age and that she was at home. Plaintiff then shared this comment with one of her cubicle mates, Darren Liu, an employee of another contractor on the CG-9325 Contract, after which Mr. Liu asked Plaintiff how old she was.He then stated, "You're too old to be working, you should retire."  Plaintiff reported these comments to Defendant.

15.      In or about August 2020, Plaintiff was tasked with onboarding Defendant's new hire, Teoman Kahraman, who was joining Plaintiff's team on the Boat Program and would be supervised by Plaintiff.  During the onboarding process, a government employee advised Plaintiff that in onboarding Mr. Kahraman, she missed a required document and told Plaintiff, "Maybe you should retire [because] you can't remember anything."  Plaintiff reported this comment to Defendant.

16.     After Mr. Kahraman joined Plaintiff's team, Mr. Kahraman frequently berated Plaintiff or otherwise exhibited hostility toward Plaintiff when Plaintiff tried to give him direction and/or feedback during one-one-one conference call meetings.  Plaintiff complained to Defendant about Mr. Kahraman's ongoing hostility during the calls.

17.     During the course of her employment, Plaintiff learned that Mr. Kahraman received a relocation package, a salary that was higher than hers, and a company-issued cell phone. Plaintiff complained to Defendant that she did not receive similar compensation and perks.

18.     On or about October 30, 2020, Defendant placed Plaintiff on administrative leave.

19.     On November 3, 2020, Defendant terminated Plaintiff.

20.     Plaintiff was subjected to a hostile work environment on account of her gender and age.

21.     Defendant terminated Plaintiff because she complained about the treatment she endured on account of her gender and age.

## IV.     CAUSES OF ACTION

### COUNT I – GENDER DISCRIMINATION IN VIOLATION OF THE DISTRICT OF COLUMBIA HUMAN RIGHTS ACT, D.C. CODE § 2-1401.1 *et seq.*

22.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

23.     The DCHRA prohibits discrimination on the basis of sex with respect to an employee's compensation, terms, conditions, and privileges of employment.  D.C. Code § 2-1402.11(a)(1).

24.     The above facts state claims against Defendant for sex discrimination in violation of the DCHRA, D.C. Code § 2-1401.1 *et seq.*

25.     As a result of Defendant's wrongful conduct, Plaintiff suffered damages for past and future wage and benefits loss, emotional distress, civil penalties, and attorneys' fees and costs, in amounts to be proven at trial.

### COUNT II – AGE DISCRIMINATION IN VIOLATION OF THE
### DISTRICT OF COLUMBIA HUMAN RIGHTS ACT,
### D.C. CODE § 2-1401.1 *et seq.*

26.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

27.     The DCHRA prohibits discrimination on the basis of age with respect to an employee's compensation, terms, conditions, and privileges of employment.  D.C. Code § 2-1402.11(a)(1).

28.     The above facts state claims against Defendant for age discrimination in violation of the DCHRA, D.C. Code § 2-1401.1 *et seq.*

29.     As a result of Defendant's wrongful conduct, Plaintiff suffered damages for past and future wage and benefits loss, emotional distress, civil penalties, and attorneys' fees and costs, in amounts to be proven at trial.

### COUNT III – RETALIATION IN VIOLATION OF THE
### DISTRICT OF COLUMBIA HUMAN RIGHTS ACT,
### D.C. CODE § 2-1401.1 *et seq.*

30.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

31.     The DCHRA prohibits an employer from retaliating against an employee for engaging in a protected activity.

32.     The above facts state claims against Defendant for retaliation in violation of the DCHRA, D.C. Code § 2-1401.1 *et seq.*

33.     As a result of Defendant's unlawful conduct, Plaintiff suffered damages, including damages for past and future wage and benefits loss, emotional distress, civil penalties, and attorneys' fees and costs, in amounts to be proven at trial.

### COUNT IV – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

34.     Plaintiff incorporates the foregoing paragraphs as if set forth in their entirety herein.

35.     Defendant's actions negligently inflicted severe emotional distress upon Plaintiff, for which she is entitled to compensatory damages.

## V.     JURY DEMAND

Plaintiff hereby demands a trial by jury.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

A.     Damages for lost wages, including back pay and front pay, and for lost benefits;

B.     Damages for emotional distress;

C.     Damages for all wages wrongfully withheld;

D.     Statutory penalties;

E.     Punitive damages;

F.     Prejudgment interest in an amount to be determined at trial;

G.     Compensation for any tax penalty associated with a recovery;

H.     Reasonable attorneys' fees and costs; and

I.     Whatever further and additional relief the court shall deem just and equitable.

Respectfully submitted this 3rd day of May 2021.

HKM EMPLOYMENT ATTORNEYS LLP

By:     *s/ Tiffany Joseph Goodson*
        Tiffany Joseph Goodson, DC Bar # 481878
        1325 G Street NW, Suite 558
        Washington, DC 20005
        Phone: (202) 919-5952
        Fax (Same as Phone): (202) 919-5952
        E-mail: tjosephgoodson@hkm.com

        *Counsel for Plaintiff*

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Alice Fragola

Case Number: 2021 CA 001430 B

vs

Date: May 3, 2021

Kenific Group, Inc.

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Tiffany Joseph Goodson | Relationship to Lawsuit |
| Firm Name: HKM Employment Attorneys LLP | ☒ Attorney for Plaintiff |
| Telephone No.: (202) 919-5952    Six digit Unified Bar No.: 481878 | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $ To Be Determined at Trial    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                                COLLECTION CASES

☐ 01 Breach of Contract            ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty           ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 6  Negotiable Instrument        ☐ 27 Insurance/Subrogation                          ☐ 26 Insurance/Subrogation
☐ 7  Personal Property                      Over $25,000 Pltf. Grants Consent             Over $25,000 Consent Denied
☒ 13 Employment Discrimination    ☐ 07 Insurance/Subrogation                          ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees               Under $25,000 Pltf. Grants Consent             Under $25,000 Consent Denied
                                                  ☐ 28 Motion to Confirm Arbitration
                                                         Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 1  Automobile                    ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 2  Conversion                    ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 1  Abuse of Process              ☐ 10 Invasion of Privacy           ☐ 17 Personal Injury- (Not Automobile,
☐ 2  Alienation of Affection       ☐ 11 Libel and Slander                    Not Malpractice)
☐ 03 Assault and Battery           ☐ 12 Malicious Interference         ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury   ☐ 13 Malicious Prosecution         ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 14 Malpractice Legal             ☐ 20 Friendly Suit
☐ 6  False Accusation              ☐ 15 Malpractice Medical (Including Wrongful Death)    ☐ 21 Asbestos
☐ 7  False Arrest                  ☐ 16 Negligence- (Not Automobile,  ☐ 22 Toxic/Mass Torts
☐ 8  Fraud                                Not Malpractice)            ☐ 23 Tobacco
                                                                      ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE            IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 9  Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D.  REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

May 3, 2021
_____
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Alice Fragola

_____
                                    Plaintiff

vs.                                                              2021 CA 001430 B
                                          Case Number _____

Kenific Group, Inc.

_____
                                    Defendant

## SUMMONS

To the above named Defendant:

　　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　　You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Tiffany Joseph Goodson
_____
Name of Plaintiff's Attorney

1325 G Street, NW Suite 558                          By _____
Address                                                                              Deputy Clerk
Washington, DC 20005

(202) 919-5952                                                  Date _____
Telephone                                                                       05/04/2021

_Clerk of the Court_

如需翻译,请打电话 (202) 879-4828　　　Veuillez appeler au (202) 879-4828 pour une traduction　　　Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요　　　 የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

　　　If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

              contra

                                                    Número de Caso: ...........................

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____               *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                Por: _____
_____                         Subsecretario
Dirección

                                                Fecha _____
_____
Teléfono
如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
한국어로 번역을 원하시면 (202) 879-4828 로 전화하십시오        አማርኛ ተርጓሚ ካስፈለገዎ (202) 879-4828 ይደውሉ።

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

ALICE FRAGOLA
    Vs.                              C.A. No.       2021 CA 001430 B
KENIFIC GROUP, INC.

### INITIAL ORDER AND ADDENDUM

      **Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby** ORDERED **as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge FERN FLANAGAN SADDLER
Date:       May 4, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, August 06, 2021
Location:  Courtroom 100
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

           CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,   "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.   The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.   Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1: (AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

> ❋ *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2: (LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3: (LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com  Select **Join**, enter the Meeting ID from the next page

AUDIO ALTERNATIVE**: Instead of automatically using USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4: (Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60